[No. 3376-43274-1.    Division One.    August 11, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES H. GOODLOW, *Appellant*.

Appeal from a judgment of the Superior Court for King

County, No. 66697, Frank H. Roberts, Jr., J., entered March 11, 1974. *Affirmed* by unpublished opinion per Callow, J., concurred in by Williams, C.J., and Andersen, J.